# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# AT FORT CAMPBELL, KENTUCKY

**UNITED STATES OF AMERICA**　　　　　　　　　　　　　　**PLAINTIFF**

**vs.**　　　　　　　　　　　　　　**CASE # 5:11MJ-198-K**

**CHRISTOPHER L. LANCASTER**　　　　　　　　　　　　　　**DEFENDANT**

## ORDER

On the basis of the defendant's financial affidavit in this cause, the Court determines that the above-listed defendant appeared before the undersigned on June 23, 2011 and:

| | |
|---|---|
| _____ | is financially able to employ counsel and, therefore, **denies** his/her application for appointment of counsel at government expense. |
| \_\_X\_\_\_ | are financially unable to employ counsel and **appoints** the Office of the Federal Public Defender to represent him/her. |
| \_\_X\_\_\_ | Upon motion of the Government, the Court may order repayment or partial repayment from the defendant for the attorney and witness fees for these services should it appear the defendant has such ability at a later time. |

It is so **ORDERED**.