UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT FORT CAMPBELL

UNITED STATES OF AMERICA     PLAINTIFF

VS.     CASE # 5:11MJ-198-K

CHRISTOPHER L. LANCASTER     DEFENDANT

### ORDER

The above-styled case came before the Honorable W. David King, United States Magistrate Judge, on August 3, 2011 for a bench trial at Fort Campbell, Kentucky. The bench trial was canceled and a further proceedings hearing was held. The defendant was not present for this hearing.

**APPEARANCES:**

Present for the United States: Samuel E. Landes, Special Assistant U.S. Attorney

Present for the Defendant: Michael C. Holley, Federal Public Defender

Court Reporter: Digitally Recorded Proceedings

Upon the oral motion of the United States on August 3, 2011 and without objections from counsel for the defendant:

It is hereby **ORDERED** that the Information filed on June 23, 2011, charging the above-named defendant with **Count 1, Cruelty to Animals in the Second Degree, in violation of 18 U.S.C. 13 (KRS 525.130),** at Fort Campbell, Kentucky is hereby **dismissed**.

:10